# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| Meir Bryskman, et al | : | CIVIL 12-6575 (PGS) |
| | : | |
| V. | : | |
| | : | ORDER FOR DISMISSAL |
| | : | Pursuant to General |
| David Wax, et al | : | Rule 41.1 |

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since or about April 26, 2013,

It is on this 22nd day of May 2013,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

_____
PETER G. SHERIDAN, U.S.D.J.